[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14204
Non-Argument Calendar
_____

D.C. Docket No. 6:94-cr-00166-RBD-KRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUTHER LEROY WOODS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 21, 2014)

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Luther Leroy Woods in this

appeal, has moved to withdraw from further representation of the appellant and has

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Woods's supervised release and his resulting sentence are **AFFIRMED**.